IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01137-AP

GARY SOZA,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

                Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Gail C. Harriss
GAIL C. HARRIS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone (970) 247-4411
Facsimile (970) 247-1482
email: gharriss@harrisslaw.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone (303) 844-1571
Facsimile (303) 844-0770
david.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:** May 1, 2012

   **B.     Date Complaint Was Served on U.S. Attorney's Office:** May 14, 2012

   **C.     Date Answer and Administrative Record Were Filed:** July 12, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.   Plaintiff asserts that the Administrative Record is missing counsel's letter to the Administrative Law Judge dated September 23, 2008, amending the onset of disability and requesting an on the record favorable decision.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.     Plaintiffs Opening Brief Due:** September 14, 2012[1]

**B.     Defendant's Response Brief Due:** October 15, 2012

**C.     Plaintiffs Reply Brief (If Any) Due:** October 30, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement:**  Plaintiff does not request oral argument.

**B.     Defendant's Statement:**   Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

---

[1] Plaintiff's counsel has four social security hearings scheduled in Grand Junction, a four-hour drive from her office in Durango, on September 10, 2012.  Accordingly, the due date of Plaintiff's brief is set for September 14, rather than September 10, which would be 40 days after the date this Joint Case Management Plan is due.

DATED this 1st day of August, 2012.

BY THE COURT:


*s/John L. Kane*_____  _____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss_____<br>GAIL C. HARRIS, LLC<br>450 S. Camino del Rio, Suite 201<br>Durango, CO 81301<br>Telephone (970) 247-4411<br>Facsimile (970) 247-1482<br>email: gharriss@harrisslaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower_____<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>Facsimile: (303) 844-0770<br>david.blower@ssa.gov<br>Attorneys for Defendant. |