**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01137-AP

**GARY SOZA,**

                      **Plaintiff,**

vs.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                      **Defendant.**

---

**ORDER**

---

The Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #21), filed November 27, 2012, is **GRANTED**. It is

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of **$4,109.00**, to be made payable to Plaintiff, Gary Soza, and mailed to counsel of record.

DATED:  November 27, 2012.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. District Court Judge